### CHARLES B. SHIELDS V. ELIZA BETTS ET AL.

FAILURE TO FILE WITHIN STATUTORY TIME.
    A petition in error not filed until five months after rendition of the judgment
    although within four months from the overruling of the motion for a new trial,
    is not sufficient.

ERROR to the Court of Common Pleas of Hamilton county.

SMITH, J.

The motions will have to be granted. The petitions in error were not filed until five months after the rendition of the judgments sought to be reversed, and, therefore, were not filed in time. It is true that they were filed within four months from the overruling of the motion for a new trial, but this is not sufficient. Dowty v. Pepple, 58 Ohio St., 395.

*Wm. Hartley Pugh*, for plaintiffs in error.
*Ellis B. Gregg*, contra.